**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-23773-CIV-LENARD/TURNOFF

**GUSTAVO PERERA,**

      Plaintiff,

vs.

**WACHOVIA BANK, N.A.,**

      Defendant.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 29) AND**
**GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO**
**DISMISS (D.E. 6)**

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate

Judge William C. Turnoff ("Report," D.E. 29), issued on March 15, 2010, recommending the

Court grant in part and deny in part Defendant's Motion to Dismiss Plaintiff's Complaint

("Motion," D.E. 6), filed on December 28, 2009.  Defendant's Motion was referred to the

Magistrate Judge on January 20, 2010, and the Magistrate Judge held a hearing on the matter

on March 8, 2010.  The Magistrate Judge recommends denial of Defendant's Motion in its

entirety, with the exception that he recommends that Plaintiff's requests for the imposition

of a constructive trust and equitable lien, contained in Count III of the Complaint, should be

stricken and/or dismissed without prejudice.  As of the date of this Order, neither side has

filed any objections or otherwise responded to the Report.  Failure to file timely objections

shall bar the parties from attacking on appeal the factual findings contained in the report. See

Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Based on a review of the Report, the Motion, the related pleadings, and the record, it is

hereby **ORDERED AND ADJUDGED** that:

1.      The Report and Recommendation of Magistrate Judge William C. Turnoff

        (D.E. 29), issued on March 15, 2010, is **ADOPTED**;

2.      Consistent with the Report and this Order, Defendant's Motion to Dismiss

        Plaintiff's Complaint (D.E. 6), filed on December 28, 2009, is **GRANTED IN**

        **PART AND DENIED IN PART**;

3.      That portion of Count III of Plaintiff's Complaint requesting the imposition of

        a constructive trust and/or equitable lien, is **DISMISSED WITHOUT**

        **PREJUDICE**;

4.      Defendant has fourteen (14) days from the date of this Order with which to file

        an answer to Plaintiff's Complaint.

        **DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of April, 2010.


                                        _Joan A. Lenard_
                                        **JOAN A. LENARD**
                                        **UNITED STATES DISTRICT JUDGE**